CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES )
)
)
)
vs. )
) Case Number 07-0201 (RWR)
)
ANTWUAN BALL ) Category :Miscellaneous
)
)

## REASSIGNMENT OF MISCELLANEOUS CASE

The above-entitled case was reassigned on <u>July 6, 2007</u> from <u>Magistrate Judge Alan Kay</u> to <u>Judge Richard W. Roberts</u> by direction of the Calendar Committee.

(Reassigned as related to 05cr100)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Magistrate Judge Kay</u> & Courtroom Deputy
      <u>Judge Roberts</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓
      Statistical Clerk